No. 60.—G. B. Haygood, admr. &c. plaintiff in error, *vs.* Older Neal, defendant.

[1.] The writ of error will be dismissed if no notice of the signing of the bill of exceptions is filed in office and served upon the opposite party, as required by the Act organizing this Court.

Issue was joined in this cause with a protestation, on the ground that there was no notice of the signing of the bill of exceptions, served upon the defendant, or filed in office, as required by the Act.

N. G. Foster and T. R. R. Cobb, for the motion.

J. Hillyer and G. B. Haygood, contra.                    .    ,  .

*By the Court.*

The writ must be dismissed. The same question has been made before us on several occasions, and the reasons for our decision have been given and repeated more than once. The Act organizing this Court is imperative, and we have no authority to change it.

Let the writ be dismissed.